UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDON L. BAGGETT and
CHRISTINA M. BAGGETT,

    Plaintiffs,

v.        Case No.: 8:13-cv-1466-EAK-TGW

STONELEIGH RECOVERY ASSOCIATES, LLC

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiffs, by and through undersigned counsel, hereby file this Notice of Settlement, stating that the parties have reached an agreement in principal with regard to this action and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the appropriate documents will be filed with the Court.

    Respectfully submitted,

/s/ Joseph B. Battaglia
Joseph B. Battaglia, Fla. Bar No.: 0058199
joe@brandonlawyer.com
THE GOLDEN LAW GROUP
808 Oakfield Drive, Suite A
Brandon, Florida  33511
Telephone: (813) 413-8700
Fax: (813) 413-8701
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that, on this 27th day of June 2013, a true and correct copy of the foregoing has been provided via e-mail to: Kelly Knepper-Stephens, kstephens@stoneleigh.biz.

/s/ Joseph B. Battaglia
Joseph B. Battaglia, Fla. Bar No.: 0058199