IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDON L. BAGGETT and
CHRISTINA M. BAGGETT,
    Plaintiffs,                                  Case No.: 8:13-cv-1466-EAK-TGW

vs.

STONELEIGH RECOVERY ASSOCIATES, LLC,
    Defendant.
_____/

**Plaintiff's Notice of Voluntary Dismissal with Prejudice**

COMES NOW the Plaintiffs, BRANDON L. BAGGETT and CHRISTINA M. BAGGETT, through and by their undersigned attorney, voluntarily discontinue the above entitled action and dismiss the Complaint with prejudice.

Dated:  August 7, 2013                            Respectfully submitted,

                                                           s/ G. Donald Golden
                                                   G. DONALD GOLDEN, ESQUIRE
                                                   Florida Bar No. 0137080
                                                   E-Mail:  don@brandonlawyer.com
                                                   THE GOLDEN LAW GROUP
                                                   808-A Oakfield Drive
                                                   Brandon, Florida   33511
                                                   Telephone:  (813) 413-8700
                                                   Facsimile:   (813) 413-8701
                                                   Attorney for Plaintiffs